UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA JACKSON GILMORE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:19-CV-56-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 24], ADOPTS the conclusions in the M&R [D.E. 23], DENIES plaintiff's motion for judgment on the pleadings [D.E. 18], GRANTS defendant's motion for judgment on the pleadings [D.E. 20], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on May 4, 2020, and Copies To:**
| | |
|---|---|
| Jonathan Blair Biser | (via CM/ECF electronic notification) |
| Jamie D.C. Dixon | (via CM/ECF electronic notification) |

DATE:                                 PETER A. MOORE, JR., CLERK
May 4, 2020                 (By) /s/ Nicole Sellers
                                                  Deputy Clerk